# LAW OFFICE OF GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☎ (347) 941-4715

November 28, 2024

Hon. Judge Cheryl L. Pollak
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE: **ABRAMSON v. MICHAEL ANDREWS, LLC**
<u>**DOCKET NO. 1:24-cv-6474**</u>

Dear Judge Pollak:

    The undersigned represents Paul Abramson, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

    The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

    Thank you for your time and consideration on this matter.

Respectfully,

*/s/ Gabriel A. Levy*

Gabriel A. Levy