UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――x

PAUL ABRAMSON, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

MICHAEL ANDREWS, LLC,

                Defendants.

―――――――――――――――――――――――――x

Civil Action No.

1:24-cv-6474

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Paul Abramson, and Defendant, Michael Andrews, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: January 16, 2025

By: *Gabriel Levy*

Gabriel A. Levy, Esq.
    *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: *David Stein*

David Stein, Esq.
    *Attorneys for Defendant*
Stein & Nieporent LLP
1441 Broadway
Suite 6090
New York, NY 10018
T: 212-308-3444
Dstein@steinllp.com

SO ORDERED:

/s/ Ramón E. Reyes, Jr.
RAMÓN E. REYES, JR.
United States District Judge

Dated: January 21, 2025
       Brooklyn, NY